IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-0044-02-CR-W-ODS |
| ) | |
| GORDON F. REABE, JR., ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND OVERRULING DEFENDANT'S OBJECTION**

On February 9, 2009, the Honorable Robert E. Larsen, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that the Government's Motion to revoke the Defendant's bond and to detain Defendant without bail pending trial be denied. Judge Larsen also recommended that Defendant's conditions of release be amended to, among other things, require a $250,000 bond to be signed by Defendant and his wife, with $25,000 being deposited in the registry of the Court. The Government did not file objections to the Report and Recommendation. However, Defendant objects to the portion of the Report and Recommendation requiring his wife to cosign the financial bond. The Court concludes that requiring Defendant's wife to sign the bond is appropriate in this case. Accordingly, Judge Larsen's Report and Recommendation (Doc. # 34) is adopted as the Order of the Court, and Defendant's objection is overruled.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: February 24, 2008       UNITED STATES DISTRICT COURT